FILED

2017 FEB -1 PM 1:12

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-45-T-33AAS
18 U.S.C. § 2
MANUEL VICENTE LEMOS-CHAVEZ, 46 U.S.C. § 70503(a)
ALEJANDRO SALOMON BERMUDEZ-RISCO, 46 U.S.C. § 70506
and JHONY EUGENIO GARAY-VELIZ

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about January 22, 2017, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

MANUEL VICENTE LEMOS-CHAVEZ,
ALEJANDRO SALOMON BERMUDEZ-RISCO, and
JHONY EUGENIO GARAY-VELIZ,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons unknown to the Grand Jury, to possess with the intent to distribute and to distribute five kilograms or more of

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. § 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about January 22, 2017, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

> MANUEL VICENTE LEMOS-CHAVEZ,
> ALEJANDRO SALOMON BERMUDEZ-RISCO, and
> JHONY EUGENIO GARAY-VELIZ,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with the intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## **FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> MANUEL VICENTE LEMOS-CHAVEZ,
> ALEJANDRO SALOMON BERMUDEZ-RISCO, and
> JHONY EUGENIO GARAY-VELIZ,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11).

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

> MANUEL VICENTE LEMOS-CHAVEZ,
> ALEJANDRO SALOMON BERMUDEZ-RISCO, and
> JHONY EUGENIO GARAY-VELIZ,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as

a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: _____
NATALIE HIRT ADAMS
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MANUEL VICENTE LEMOS-CHAVEZ
ALEJANDRO SALOMON BERMUDEZ-RISCO,
and JHONY EUGENIO GARAY-VELIZ

**INDICTMENT**

Violations: Title 46, United States Code, Section 70503(a)
Title 46, United States Code, Section 70506(a) and (b)
Title 21, United States Code, Section 960(b)(1)(B)(ii)

A true bill,

_____
Foreperson

Filed in open court this 1st day of February, 2017.

_____
Clerk

Bail $ _____

GPO 863 525

T:\_Cases\Criminal Cases\L\Lemos-Chavez, Manuel_2017R00206_NHA\f_Indictment Back.docx